UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL GHAFFAR MIRZADA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHAD WOLF, *et al.*,<br><br>　　　　Respondents. | Case No.  2:20-cv-01250-JAM-JDP<br><br>ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE STRICKEN FOR COUNSEL'S FAILURE TO GAIN ADMISSION TO PRACTICE IN THIS DISTRICT<br><br>ECF No. 5<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

　　　Petitioner, through his counsel, filed a habeas petition in the United States Court of Appeals for the Ninth Circuit Court. ECF No. 1. The petition was transferred to this district on June 18, 2020. *Id.*  On June 22, 2020, the Clerk of Court told petitioner's counsel, Sergio Valdovinos, that he was not admitted to practice in this district. ECF No. 5. As of the date of this order's filing, the docket does not show that Mr. Valdovinos has gained admission.

　　　Petitioner is ordered to show cause within fourteen days why the court should not recommend that the petition be dismissed due to his counsel's failure to obtain admission to practice in this district. Alternatively, within that same deadline petitioner may file a substitution of attorney showing that he has retained admitted counsel or that he intends to proceed pro se.

IT IS SO ORDERED.

1

Dated: October 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE

2