UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL GHAFFAR MIRZADA,<br><br>Petitioner,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>Respondents. | No.  2:20-cv-1250 JAM JDP (HC)<br><br><br><br>ORDER |

Petitioner, through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 22, 2021, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 22, 2021, are adopted in full;

2. This action is dismissed without prejudice for failure to prosecute, failure to comply

1  with court orders, and for failure to comply with the court's local rules; and

2        3. The Clerk of Court is directed to close the case.

4  DATED: March 29, 2021             /s/ John A. Mendez

5                                         THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE